# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-mj-239 (ZMF) |
| | : | |
| **KIERA PRACHT** and | : | |
| **DAVID PRACHT,** | : | |
| | : | |
| Defendants. | : | |

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

The United States of America respectfully moves the Court to continue the preliminary hearing currently scheduled for November 14, 2024, in the above-captioned case. The defendants consent to this motion. The parties have conferred and need additional time to negotiate a potential resolution and review voluminous discovery. The parties respectfully request that the hearing be rescheduled for December 14, 2024, if the Court is available then. The parties agree that the exclusion of time under the Speedy Trial Act is warranted, and that the ends of justice served by the requested 30-day continuance would outweigh the interests of the public and the defendants in a speedy trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Carlos A. Valdivia*
CARLOS A. VALDIVIA
Assistant United States Attorney
D.C. Bar No. 1019242
601 D Street, NW
Washington, D.C. 20530
(202) 252-7508
Carlos.Valdivia@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 24-mj-239 (ZMF) |
| | : | |
| KIERA PRACHT and | : | |
| DAVID PRACHT, | : | |
| | : | |
| Defendants. | : | |

## [PROPOSED] ORDER

This matter having come before the Court pursuant to a Motion to Continue, and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the hearing scheduled for November 14, 2024, is continued to December 14, 2024, at 1:00 PM by Telephonic/VTC; and it is further

ORDERED that the period of time from November 14, 2024, and December 14, 2024, shall continue to be excluded from computing time under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a potential resolution, and that delay is necessary for the parties to review discovery and work towards an agreement for pretrial disposition of the case.

**SO ORDERED**.

Washington, D.C.  
Date:

HONORABLE  
United States Magistrate Judge